WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corp)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM M. ELLENSON, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; CONN CREDIT ELLENCORP, <br><br> Defendants. | Case No.: 2:19-cv-00847-JAD-NJK <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

Plaintiff, William M. Ellenson ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Conn") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 23, 2019, Plaintiff filed his Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on May 23, 2019. Previously, the Parties stipulated to extend the deadline for Conn to file its answer or responsive pleading to June 27, 2019. The Parties have agreed to further extend the deadline for Conn to respond to the complaint.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Conn to file its responsive pleading to July 11, 2019. Conn agrees to participate and attend any Rule 26(f) conference that occurs during the pendency of the extension.

This is the second stipulation for extension of time for Conn to file its response to Plaintiff's Complaint. The parties request this extension in order to continue discussing possible

resolution. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 27th day of June, 2019.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Ramir M. Hernandez, Esq.
Nevada Bar No. 11731
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corp)*

DATED this 27th day of June, 2019.  
HAINES AND KRIEGER, LLC

*/s/ David Krieger, Esq.*
David Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
*Attorneys for Plaintiff, William M. Ellenson*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2019