# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM ELLENSON,<br>　　　Plaintiff(s),<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br>　　　Defendant(s). | Case No.: 2:19-cv-00847-JAD-NJK<br><br>**Order** |

On July 12, 2019, Plaintiff and Equifax filed a notice of settlement stating that dismissal papers would be filed in 60 days. Docket No. 15. To date, dismissal papers have not been filed. Dismissal papers must be filed by May 4, 2020.

In addition, it appears that counsel added Conn Appliances, Inc. to the docket as a defendant in this case even though it is not named in the complaint and a request to amend the caption was not filed.[1] Either dismissal papers or a joint status report regarding Conn Appliances must be filed by May 4, 2020.

IT IS SO ORDERED.

Dated: April 13, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Conn Credit Corp was voluntarily dismissed. Docket No. 16. It is unclear whether Plaintiff was intending to proceed separately against Conn Appliances.

1